1  DANIEL S. GRUBER
   Gruber & Gruber
2  15165 Ventura Blvd, Ste 400
   Sherman Oaks, CA 91403
3  Telephone: (818) 981-0066
   Facsimile: (818) 981-2122
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-1935 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Emma Taylor, et al.,<br><br>                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Lillian Robinson and Sandra Noodwang for Ronald Noodwang in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | attorneys' fees and costs.

DATED: 3/9, 2010    By: _____

**GRUBER & GRUBER**
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403
Telephone: (818) 981-0066
Facsimile: (818) 981-2122

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE